***ROBERT L. ARLEO, ESQ., P.C.***
380 Lexington Avenue, 17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                           Fax: (518) 751-1801
Email: robertarleo@gmail.com

January 28, 2019

Honorable Sandra J. Feurstein
U.S. District Court Judge
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York  11722
Via fax to: (631) 712-5636

Re: Sorrentino v. Selip & Stylianou, LLP
    18-cv-01117 (SJF)(AKT)

Dear District Judge Feurstein:

   Please find herewith the Confidential Settlement Agreement and Release of Claims in "Sorrentino I". Same is sent pursuant to the Order issued by Your Honor on January 25, 2019. Please excuse the short tardiness in faxing the herein agreement as I was involved in a deposition this morning in another pending federal lawsuit.

                                         Respectfully submitted,

                                         /  s  /  *Robert L. Arleo*

                                         Robert L. Arleo

RLA:gra
Cc: all attorneys or record via ECF
     Selip & Stylianou, LLP